## United States Bankruptcy Court
### District of Arizona

In re **Engaging and Empowering Citizenship, Inc.**                    Case No. **2:05-bk-28175-CGC**

Debtor(s)                    Chapter **11**

# DECLARATION

I, the CEO of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **5** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **December 30, 2005**     **/s/ Chris Warner**
**Chris Warner**/**CEO**
Signer/Title

Date: **December 30, 2005**     **/s/ David Wm. Engelman SBA**
Signature of Attorney
**David Wm. Engelman SBA #004193**
**Engelman Berger, P.C.**
**3636 North Central**
**Suite 700**
**Phoenix, AZ 85012**
**602-271-9090   Fax: 602-222-4999**

MML-5

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

```
INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES MS#5013PX
210 E. EARLL
PHOENIX AZ 85012


ABCO RECYCLING & DOCUMENT
9637 N CAVE CREEK RD
PHOENIX AZ 85020


AIR CONDITIONING BY JAY, INC.
7595 E GRAY RD
SUITE 1
SCOTTSDALE AZ 85260


AMERICALL INTERNATIONAL, INC.
PO BOX 1393
TACOMA WA 98401-1393


ARIZONA DEPARTMENT OF REVENUE
PO BOX 29079
PHOENIX AZ 85038


BCS, INC
PO BOX 2470
TUCSON AZ 85702


BRYANT HARPER
CODE AMBER
316 PINERIDGE ST E
MANDEVILLE LA 70448


BUSINESS GOVERNMENT SOLUTIONS
6208 PARKHILL DR
ALEXANDRIA VA 22312


CHAN CODDINGTON
141 OAKWOOD DRIVE
NEW PROVIDENCE NJ 07974


CHRIS WARNER
7301 E. HELM DRIVE
BLDG. D
SCOTTSDALE AZ 85260
```

COCHRAN & DAHL, P.C.
2999 N 44TH ST
STE 600
PHOENIX AZ 85018


COPIER BROTHERS
3776 N FIRST AVE
TUCSON AZ 85719


DAVIDSON INVESTMENTS
1130 E MISSOURI
STE 850
PHOENIX AZ 85014


ELECTRIC LIGHWAVE
4400 NE 77TH AVE
VANCOUVER WA 98662


ELI, LLC
ATTN: DEBBIE FELDER
180 SOUTH CLINTON AVENUE, 4TH FLOOR
ROCHESTER NY 14646


ELITE SCRIPT
2292 LONG HOLLOW PIKE
HENDERSONVILLE TN 37075


GODWIN GROUP
ONE JACKSON PLACE
STE 800
JACKSON MS 39205


GREAT SCOTT ENTERPRISES, INC.
PO BOX 42047
TUCSON AZ 85733


HOME NATIONAL BANK
13840 NORTH NORTHSIGHT BLVD
SUITE 109
SCOTTSDALE AZ 85260


ITECH BROKER, INC
831 N QUAIL LN
GILBERT AZ 85233

```
JAMES HAKEEM
7620 JEFFERSON NE
ALBUQUERQUE NM 87109


JAMES M. PETERS
104 EAST 2ND STREET
FREDERICK MD 21701


JARED RIMER
SUPERIOR SOFTWARE INC
16055 VENTURA BLVD, SUITE 650
ENCINO CA 91436


JO ANN BUNN
7301 E. HELM DRIVE
BLDG. D
SCOTTSDALE AZ 85260


MARK SMITH
12425 N 78TH ST
SCOTTSDALE AZ 85260


MCCABE & ASSOCIATES
C/O MICHAEL W. CARMEL, LTD.
80 EAST COLUMBUS AVENUE
PHOENIX AZ 85012


MICHAEL W. CARMEL, ESQ.
MICHAEL W. CARMEL, LTD.
80 EAST COLUMBUS AVENUE
PHOENIX AZ 85012


PETER M. GENNRICH
JABURG & WILK, P.C.
14500 NORTH NORTHSIGHT BLVD., #116
SCOTTSDALE AZ 85260


PITNEY BOWES
2225 AMERICAN DRIVE
NEENAH WI 54956


PRFECT MEDIA
11022 S 51ST ST
STE 103
PHOENIX AZ 85048
```

PURCHASE POWER
PO BOX 856042
LOUISVILLE KY 40285-6042


RANDY NUSSBAUM
JABURG & WILK, P.C.
14500 NORTH NORTHSIGHT BLVD., #116
SCOTTSDALE AZ 85260


RAWSON ACCT & TAX, INC.
5100-A SAN FRANCISCO NE
ALBUQUERQUE NM 87109


RAYMOND COMMUNICATIONS, INC.
5111 BERWYN RD
COLLEGE PARK MD 20740


RIGHT HAND CAPITAL INC
10395 E PARADISE DR
SCOTTSDALE AZ 85260


SNELL & WILMER
ONE ARIZONA CENTER
PHOENIX AZ 85004


SOLITAN R&D, INC.
C/O MICHAEL W. CARMEL, LTD.
80 EAST COLUMBUS AVENUE
PHOENIX AZ 85012


SOUTHWEST MECHANICAL SERVICES, INC
2430 W 12TH ST
STE 115
TEMPE AZ 85281


SPRINT
PO BOX 79357
CITY OF INDUSTRY CA 91716


SPRINT PCS
P.O. BOX 79357
CITY OF INDUSTRY CA 91716

Engaging and Empowering Citizenship, Inc. - 2:05-bk-28175-CGC

STEWART HARLOW
21118 CELTIC ST
CHATSWORTH CA 91311

THOMAS D. UCKO
61 DEFOREST AVENUE
SUMMIT NJ 07901

TIM FORESMAN
PO BOX 18285
HALETHORPE MD 21227

TIMOTHY GORMLEY
8525 EAST REMUDA DRIVE
SCOTTSDALE AZ 85255

TITUS, BRUECKNER & BERRY
7373 N SCOTTSDALE RD
STE B-252
PARADISE VALLEY AZ 85253-3527

TODD SANDER
7301 E HELM DR
SCOTTSDALE AZ 85260

VERTEX ENERGY
1201 LOUISIANA
STE 2500
HOUSTON TX

WINDROSE SQUARE
14901 N SCOTTSDALE RD
STE 201
SCOTTSDALE AZ 85254